**Michael Fuller, OSB No. 09357**
Attorney for Plaintiff
Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-201-4570

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **Lisa Butts,** | Case No. 6:16-cv-1986 |
| Plaintiff, | **COMPLAINT** |
| v. | 47 U.S.C. § 227(c)(5) |
| **Collecto, Inc.** dba **EOS CCA,** | Demand for jury trial |
| Defendant. | |

> May 14, 2014
> Acct. # 3459289
>
> Dear EOS CCA,
>
> I recently sought legal advice from a debt relief attorney. I found out that I can advise you to stop calling me to attempt to collect this debt. So, I am asking you to stop calling me at all numbers you have on file. Instead, you may send me correspondence in the mail. You already have my current address and it is also listed as the return address on the envelope I am sending this notice in.
>
> Thank you,
>
> *Lisa Butts*
> Lisa Butts

**COMPLAINT** – Page 1 of 6

1.

## JURISDICTION AND THE PARTIES

This Court has jurisdiction under 28 U.S.C. § 1331 because the Telephone Consumer Protection Act (TCPA) is a federal consumer protection law.

2.

Plaintiff Lisa Butts (Butts) is an individual consumer residing in Salem, Oregon.

3.

Defendant Collecto, Inc. dba EOS CCA (Collecto) is a Massachusetts corporation.

4.

Venue is proper under 28 U.S.C. § 1391 because Collecto made unwanted calls to Butts' cell phone while she resided in Oregon.

5.

This complaint's allegations are based on personal knowledge as to Butts' conduct and made on information and belief as to the acts of others.

6.

## FACTUAL ALLEGATIONS

In August 2012, Collecto bought a portfolio of junk debts allegedly arising from old AT&T consumer accounts for pennies on the dollar.

7.

In December 2015, the Consumer Financial Protection Bureau entered a $1,850,000 civil penalty judgment against Collecto based on Collecto's collection practices pertaining to its portfolio of junk AT&T debts. See *CFPB v. Collecto, Inc. d/b/a EOS CCA,* Case No. 1:15-cv-14024, Doc. # 4 (D. Mass. Dec. 8, 2015).

8.

Butts was one of thousands of consumers harassed by Collecto to pay a disputed AT&T debt she did not owe.

9.

In a letter dated May 14, 2014, Butts revoked consent to receive any future calls from Collecto.

10.

Beginning in or around May 2014 and continuing into June 2016, Collecto used an automatic telephone dialing system (ATDS) as that term is defined at 47 U.S.C. § 227, to harass Butts with multiple unwanted calls to her cell phone that served no legitimate purpose, that Collecto knew or should have known violated the TCPA, after Butts had revoked any prior consent to receive future calls from Collecto. See *In re Collecto, Inc.*, 999 F. Supp. 2d 1373 (J.P.M.L. 2014) (order consolidating various TCPA actions against Collecto).

11.

The phone numbers Collecto used to autodial Butts are consistent with the phone numbers associated with Collecto's collection letters.



12.

Butts even registered on the national Do Not Call list but Collecto's autodialed calls continued.

**COMPLAINT** – Page 4 of 6

13.

Collecto's calls to Butts were made automatically using a telephone dialing system that took a pause to transfer Butts to one of Collecto's call center agents who was available when Butts' voice came on the line. Many of Collecto's autodialed calls that Butts intentionally did not verbally answer went directly to voicemail. The volume and sequence of Collecto's calls over the time period alleged above is indicative of systematic dialing. Collecto's unwanted calls caused Butts significant annoyance, stress, and anxiety consistent with telephonic harassment.

14.

**CAUSE OF ACTION**

**(47 U.S.C. § 227(c)(5))**

Butts incorporates the allegations above by reference.

15.

Collecto willfully violated 47 U.S.C. § 227(b) as alleged in this complaint and Butts is entitled to maximum statutory damages and costs under 47 U.S.C. § 227(c)(5).

16.

Demand for jury trial.

**COMPLAINT** – Page 5 of 6

Case 6:16-cv-01986-AA   Document 1   Filed 10/13/16   Page 6 of 6

17.

## PRAYER FOR RELIEF

After a determination that Collecto's unwanted calls willfully violated the TCPA, Butts seeks relief as follows:

A. **Order and Judgment** in favor of Butts against Collecto for maximum statutory damages, and costs.

Butts also seeks any equitable relief this Court may determine is just and proper. As she learns more information, Butts reserves her right and may intend to bring claims, including class action allegations, against Collecto under the laws governing debt collection.

October 13, 2016

                          **RESPECTFULLY FILED,**

                          s/ Michael Fuller
                          **Michael Fuller, OSB No. 09357**
                          Attorney for Plaintiff
                          Olsen Daines PC
                          US Bancorp Tower
                          111 SW 5th Ave., Suite 3150
                          Portland, Oregon 97204
                          michael@underdoglawyer.com
                          Direct 503-201-4570