**Michael Fuller, OSB No. 09357**
Attorney for Plaintiff
Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-201-4570

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **Lisa Butts,** | Case No. 6:16-cv-01986-AA |
| Plaintiff, | **AMENDED COMPLAINT** |
| v. | 15 U.S.C. § 1692k |
| **Collecto, Inc.** dba **EOS CCA,** | Demand for jury trial |
| Defendant. | |

> May 14, 2014
> Acct. # 3459289
>
> Dear EOS CCA,
>
> I recently sought legal advice from a debt relief attorney. I found out that I can advise you to stop calling me to attempt to collect this debt. So, I am asking you to stop calling me at all numbers you have on file. Instead, you may send me correspondence in the mail. You already have my current address and it is also listed as the return address on the envelope I am sending this notice in.
>
> Thank you,
>
> *Lisa Butts*
> Lisa Butts

**AMENDED COMPLAINT** – Page 1 of 8

1.

## JURISDICTION AND THE PARTIES

This Court has jurisdiction under 28 U.S.C. § 1331 because the Fair Debt Collection Practices Act (FDCPA) is a federal consumer protection law.

2.

Plaintiff Lisa Butts (Butts) is an individual consumer residing in Salem, Oregon.

3.

Butts is a "consumer" as that term is defined in the FDCPA because she is a natural person allegedly obligated to pay a consumer phone service debt to AT&T.

4.

Defendant Collecto, Inc. dba EOS CCA (Collecto) is a Massachusetts corporation.

5.

Collecto is a "debt collector" as that term is defined in the FDCPA because Collecto is a licensed Oregon debt collector (license number 48428) and Collecto's principal purpose is debt collection and Collecto uses the U.S. mail system to collect its debts and Collecto regularly attempts to collect debts owed to other companies.

6.

The alleged obligation Collecto sought to collect from Butts was a "debt" as that term is defined in the FDCPA because it arose from a consumer transaction with AT&T for personal phone service.

7.

Venue is proper under 28 U.S.C. § 1391 because Collecto made unwanted calls to Butts while she resided in Oregon and Collecto attempted to collect from Butts in Oregon.

8.

This complaint's allegations are based on personal knowledge as to Butts' conduct and made on information and belief as to the acts of others.

9.

**FACTUAL ALLEGATIONS**

In August 2012, Collecto bought a portfolio of junk debts allegedly arising from old AT&T consumer accounts for pennies on the dollar.

10.

In December 2015, the Consumer Financial Protection Bureau entered a $1,850,000 civil penalty judgment against Collecto based on Collecto's collection practices pertaining to its portfolio of junk AT&T debts. See *CFPB v. Collecto, Inc. d/b/a EOS CCA,* Case No. 1:15-cv-14024, Doc. # 4 (D. Mass. Dec. 8, 2015).

**AMENDED COMPLAINT** – Page 3 of 8

11.

Butts was one of thousands of consumers harassed by Collecto to pay a disputed AT&T debt she did not owe.

12.

In a letter dated May 14, 2014, Butts revoked consent to receive any future calls from Collecto.

13.

Beginning in or around May 2014 and continuing into June 2016, Collecto harassed Butts with unwanted calls that served no legitimate purpose, after Butts had revoked any prior consent to receive future calls from Collecto. See *In re Collecto, Inc.*, 999 F. Supp. 2d 1373 (J.P.M.L. 2014) (order consolidating various TCPA actions against Collecto).

14.

The phone numbers Collecto used to call Butts are consistent with the phone numbers associated with Collecto's collection letters.




15.

Butts even registered on the national Do Not Call list but Collecto's calls continued.

**AMENDED COMPLAINT** – Page 5 of 8

16.

After Butts notified Collecto in writing that she wished to receive no further calls, Collecto continued calling her in an attempt to collect debt, causing Butts significant annoyance, stress, and anxiety consistent with collection harassment.

17.

Collecto's written communications to Butts attempted to collect debt, at least a portion of which Butts did not actually owe, including fees and charges not authorized by her agreement with AT&T nor permitted by law, and Collecto's collection communications falsely represented that Butts owed a debt, at least a portion of which she did not actually owe, undermining her ability to intelligently respond to its communications, that led her to reach incorrect understandings about what total debt amount she allegedly owed and why, and caused her significant annoyance, stress, and anxiety consistent with collection harassment.

18.

## CAUSE OF ACTION

### Claim One

### (15 U.S.C. § 1692k)

Butts incorporates the allegations above by reference.

19.

Collecto failed to comply with the strict liability provisions of 15 U.S.C. § 1692c, d, e, and f, and Butts is entitled to actual damages sustained as a result of Collecto's failure to comply, and statutory damages, and costs, and a reasonable attorney's fee incurred prosecuting the FDCPA claim, under 15 U.S.C. § 1692k.

20.

Demand for jury trial.

**AMENDED COMPLAINT** – Page 7 of 8

21.

## PRAYER FOR RELIEF

After a determination that Collecto failed to comply with the FDCPA, Butts seeks relief as follows:

A. **Order and Judgment** in favor of Butts against Collecto for actual damages, maximum statutory damages, costs, and a reasonable attorney's fee incurred prosecuting the FDCPA claim.

Butts also seeks any equitable relief this Court may determine is just and proper. As she learns more information, Butts reserves her right and may intend to bring claims, including class action allegations, against Collecto.

December 23, 2016

                                      **RESPECTFULLY FILED,**

                                      s/ Michael Fuller
                                      **Michael Fuller, OSB No. 09357**
                                      Attorney for Plaintiff
                                      Olsen Daines PC
                                      US Bancorp Tower
                                      111 SW 5th Ave., Suite 3150
                                      Portland, Oregon 97204
                                      michael@underdoglawyer.com
                                      Direct 503-201-4570

**AMENDED COMPLAINT** – Page 8 of 8