**Michael Fuller, OSB No. 09357**
Attorney for Plaintiff
Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-201-4570

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **Lisa Butts,** | Case No. 6:16-cv-01986-AA |
| Plaintiff, | **STIPULATED NOTICE OF DISMISSAL** |
| v. | |
| **Collecto, Inc.** dba **EOS CCA,** | |
| Defendant. | |

**STIPULATED NOTICE OF DISMISSAL** – Page 1 of 3

## STIPULATED NOTICE OF DISMISSAL

Under FRCP 41, the parties stipulate that this action is dismissed with prejudice and without award of fees or costs to any party.

June 1, 2017

**STIPULATED TO BY:**

s/ Michael Fuller
**Michael Fuller**
Attorney for Plaintiff


s/ Jeffrey I. Hasson
**Jeffrey I. Hasson**
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that I served this document on the following parties by ECF:

**Collecto, Inc.**
c/o attorney Jeffrey I. Hasson
Courtney@hassonlawllc.com

June 1, 2017

                                        s/ Michael Fuller
                                        **Michael Fuller, OSB No. 09357**
                                        Attorney for Plaintiff
                                        Olsen Daines PC
                                        US Bancorp Tower
                                        111 SW 5th Ave., Suite 3150
                                        Portland, Oregon 97204
                                        michael@underdoglawyer.com
                                        Direct 503-201-4570