IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LISA BUTTS,<br><br>      Plaintiff,<br><br>      v.<br><br>COLLECTO, INC. dba EOS CCA,<br><br>      Defendant. | Civ. No. 6:16-cv-01986-AA<br><br>JUDGMENT |

Pursuant to FRCP 41, the parties have filed a Stipulated Notice of Dismissal. Accordingly, this action is dismissed, with prejudice and without award of fees or costs to any party.

DATED: 6/6/2017

                                          Mary L. Moran, Clerk


                                          By    /s/ Cathy Kramer<br>
                                                        Deputy Clerk